IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| RONALD GIBSON, | : | |
| Petitioner, | : | |
| v. | : | CIVIL ACTION |
| | : | NO. 11-4550 |
| JOHN E. WETZEL, et al., | : | |
| Respondents. | : | |

## ORDER

AND NOW, this 31st day of March, 2016, upon consideration of Petitioner's Motion for Discovery, (Dkt No. 12), Respondents' Objections, (Dkt No. 17), Petitioner's Reply, (Dkt No. 19), the Court's Order dated December 11, 2014, (Dkt No. 28), Respondents' Motion for Reconsideration of Discovery Order, (Dkt No. 31), Petitioner's Response, (Dkt No. 33), and oral argument held before this Court on April 7, 2015, it is HEREBY ORDERED that Respondents' Motion for Reconsideration is DENIED insofar as the Court affirms its prior holding dated December 11, 2014, but GRANTED insofar as the Court permits Respondents to pursue immediate appeal pursuant to 28 U.S.C. § 1292(b).

FURTHER, upon consideration of Petitioner's Additional Motion for Discovery, (Dkt No. 39), Respondents' Response, (Dkt No. 42), Petitioner's Reply, (Dkt No. 45), and the oral argument heard on April 7, 2015, it is hereby ORDERED that said Motion is GRANTED insofar as Respondents are ORDERED to produce to the Court for review *in camera* the trial prosecutor's notes taken during voir dire from the files of the Philadelphia County District Attorney's Office.

BY THE COURT:

/s/ C. Darnell Jones, II

_____

C. Darnell Jones, II    J.