# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| RONALD GIBSON, | : |
| Petitioner, | : |
| v. | : CIVIL ACTION |
| | : No. 11-4550 |
| JOHN E. WETZEL, Secretary, Pennsylvania Department of Corrections; JAMIE SORBER, Superintendent of the State Correctional Institution at Phoenix; MARK GARMAN, Superintendent of the State Correctional Institution at Rockview, | : Hon. C. Darnell Jones, II |
| | : **THIS IS A CAPITAL CASE** |
| Respondents. | : |

## ORDER

**AND NOW**, this 24th day of February, 2021, upon consideration of the Petitioner's Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2254 (ECF No. 5), the parties' Stipulation (ECF No. 108), and the full record in this case, it is **ORDERED** as follows:

1. The parties' Stipulation is **ACCEPTED** by the Court;

2. Petitioner's Petition for Writ of Habeas Corpus is **GRANTED** as to Claim XIII. The Court finds that Petitioner was deprived of the effective assistance of counsel at the sentencing phase of trial based on counsel's failure to investigate, develop, and present available mitigating evidence;

3. Because the writ is granted as to Claim XIII, Petitioner's other claims regarding his death sentence are moot and will not further be considered by the Court;

4. Upon completion of review of Petitioner's claims challenging his convictions, this Order will be incorporated into the Court's final order with respect to these habeas corpus proceedings;

5. Petitioner's Memorandum of Law in Support of his Petition for Writ of Habeas Corpus is due within sixty (60) days of this Order;

2

6. Respondents' Response is due within sixty (60) days of the filing of Petitioner's Memorandum of Law; and

7. Petitioner's Reply is due forty-five (45) days after the filing of Respondents' Response.

8. Petitioner's unopposed Motions at ECF Nos. 91, 98, and 105 are **GRANTED**.

          BY THE COURT:

          /s/ C. Darnell Jones, II
          Hon. C. Darnell Jones, II, U.S.D.J.