IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| RONALD GIBSON,<br><br>    *Petitioner*,<br><br>v.<br><br>JOHN E. WETZEL,<br><br>    *Respondent*. | Civil Action<br><br>No. 11-cv-4550 |

### ORDER

**AND NOW**, this 14th day of June, 2023, following oral argument held on June 14, 2023, it is hereby **ORDERED** that:

1. Respondent shall file a brief responding to the substance of Petitioner's Motion for Summary Judgment by July 6, 2023.

2. Petitioner may file a reply within seven (7) days thereafter.[1]

BY THE COURT:

*/s/ Mitchell S. Goldberg*
**MITCHELL S. GOLDBERG, J.**

---

[1] Having further reviewed the docket and record in this matter, counsel are not required to submit the letter regarding a merits review by the Honorable Darnell Jones regarding the stipulated penalty phase relief.

1