IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **RONALD GIBSON,**<br><br>*Petitioner*,<br><br>v.<br><br>**JOHN E. WETZEL,**<br><br>*Respondent.* | Civil Action<br><br>No. 11-cv-4550 |

# ORDER

**AND NOW**, this 17th day of April, 2024, upon consideration of Petitioner's motion for summary judgment, and the responses, replies, and supplemental responses thereto, and following oral argument on June 14, 2023, and for the reasons set out in the accompanying memorandum opinion, it is hereby **ORDERED** that the motion for summary judgment (ECF No. 144) is **DENIED**.

BY THE COURT:

*/s/ Mitchell S. Goldberg*
**MITCHELL S. GOLDBERG, J.**

1